IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDY GRIFFIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

         Petitioner,

v.

CASE NO. 1D15-5175

FLORIDA COMMISSION ON
OFFENDER REVIEW,

         Respondent.

_____/

Opinion filed June 8, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Andy Griffin, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.